# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | Docket No. 3:21mj136 |
| v. | ) ) | **UNDER SEAL** |
| FERNANDO LUIS COLON-SANTINI | ) ) ) | |

## MOTION TO SEAL CRIMINAL COMPLAINT AND
## AND OTHER DOCUMENTS

NOW COMES the United States of America, by and through William T. Stetzer, Acting United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Criminal Complaint, Arrest Warrant, any other related documents, this Motion, and any Order issued pursuant to this Motion, be sealed immediately to protect the ongoing nature of the investigation in this matter, and that the same remain sealed until further order of this Court.

Respectfully submitted this 26th day of May 2021.

WILLIAM T. STETZER
ACTING UNITED STATES ATTORNEY

*/s/ Kenneth M. Smith*
Kenneth M. Smith
Assistant United States Attorney
227 West Trade Street, Suite 1700
Charlotte, NC 28202
(704) 344-6222 (phone)
Kenny.Smith@usdoj.gov