# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. **SEALED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:21mj136 |
| v. | ) | |
| | ) | |
| FERNANDO LUIS COLON SANTINI | ) | **ORDER TO SEAL** |
| | ) | |

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, Arrest Warrant, any other related documents, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Arrest Warrant, any other related documents, the Motion to Seal, and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Kenny.Smith@usdoj.gov).

SO ORDERED this 26th day of May 2021.

Signed: May 26, 2021

_____
David C. Keesler
United States Magistrate Judge