AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
CHARLOTTE, NC

JUN 1 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:21-MJ- 136 DCK |
| | ) | |
| Fernando Luis COLON-SANTINI | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Fernando Luis COLON-SANTINI,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 USC 1343 Wire Fraud

Signed: May 26, 2021

*David C. Keesler*
United States Magistrate Judge

Date: 05/26/2021

City and state: Charlotte, North Carolina

Honorable David C. Keesler, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/26/21, and the person was arrested on *(date)* 05/26/21
at *(city and state)* Gastonia, NC.

Date: 05/26/21

*Arresting officer's signature*

Kevin Stuesse, Task Force Officer
*Printed name and title*